No. 85–2023. ZAPATA OFFSHORE CO. ET AL. *v.* TIMCO, INC., ET AL. C. A. 5th Cir. Motion of Amoco Production Co. et al. for leave to file a brief as *amici curiae* out of time denied. Certiorari denied.

No. 85–2089. KIOWA TRIBE OF OKLAHOMA *v.* LEWIS ET UX.; and

No. 86–51. LEWIS ET UX. *v.* KIOWA TRIBE OF OKLAHOMA. C. A. 10th Cir. Motion of Cherokee Nation et al. for leave to file a brief as *amici curiae* in No. 85–2089 granted. Certiorari denied. Reported below: 777 F. 2d 587.

No. 85–2102. MONTAUK-CARIBBEAN AIRWAYS, INC., DBA LONG ISLAND AIRLINES *v.* HOPE ET AL. C. A. 2d Cir. Motion of Regional Airline Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–2141. FLORIDA LITERARY DISTRIBUTING CORP. *v.* CITY OF MIAMI. Sup. Ct. Fla. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment.

No. 85–2164. AMES ET AL. *v.* STANDARD OIL CO. C. A. D. C. Cir. Motion of respondent for award of double costs and attorney's fees denied. Certiorari denied.